UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

        Plaintiff,                Case No.: 1:12-cv-0787-FJS-RFT

        v.

WILLIAM SMITH

        Defendant

### DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on May 25,2012 , and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of September, 2012, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover of William Smith, defendant, who resides at; 1 Stonehurst Dr.,Queensbury, NY 12804-9355 damages in the amount of $8,425.54 and have execution therefor.

                                            LAWRENCE K. BAERMAN, CLERK

                                            BY: *Barbara J Woodford*
                                                 Deputy Clerk

                                            September 24, 2012